NO. 07-06-0346-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

DECEMBER 5, 2006

______________________________

NATIVIDAD VILLA, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 69
TH
 DISTRICT COURT OF MOORE COUNTY;

NO. 3422; HON. RON ENNS, PRESIDING

_______________________________

Memorandum Opinion

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Natividad Villa (appellant) appeals from an order adjudicating him guilty and ordering that he serve two years in prison.  He had previously pled guilty to aggravated perjury without a recommendation as to punishment.  His appellate counsel moved to withdraw and filed an 
Anders
(footnote: 1) brief in conjunction with that motion.  In the brief, he represents that, after conducting a diligent search, he found no meritorious issues warranting appeal.  Along with his brief, appellate counsel sent appellant a letter informing him of his conclusions and his right to file a 
pro se
 response or brief.  We too informed appellant, by letter, of his right to appear via a 
pro se
 response or brief no later than November 30, 2006.  To date, no response has been filed.   

In compliance with the principles enunciated in 
Anders
, appellate counsel illustrated why the appeal was meritless.  Appellant pled true to the allegation that he had committed a new offense.  
A plea of true standing alone supports a decision to revoke probation or adjudicate guilt.  
Cole v. State, 
578 S.W.2d 127, 128 (Tex. Crim. App. 1979).  We have also conducted our own review of the record, pursuant to 
Stafford v. State, 
813 S.W.2d 503 (Tex. Crim. App. 1991), to assess the accuracy of appellate counsel’s conclusions and to uncover any error.  That review failed to reveal any error.

      Accordingly, the motion to withdraw is granted, and the judgment is affirmed.

Brian Quinn 

          Chief Justice

Do not publish.

FOOTNOTES
1:
Anders v. California
, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).